UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **V.** | § § | **CAUSE NO. 21-MJ-588** |
| **CORY RAY BRANNAN** | § § | |

### NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES, John J. Velasquez, Assistant Federal Public Defender and enters appearance as counsel for the defendant in the above-styled and numbered cause.

    Respectfully submitted.

    MAUREEN SCOTT FRANCO
    Federal Public Defender


    /S/ JOHN J. VELASQUEZ
    Assistant Federal Public Defender
    Western District of Texas
    200 East Wall St., Room 110
    Midland, Texas 79701
    Tel.: (830) 308-6040
    Bar Number: Nebraska 18183

    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of September, 2021, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

                                                /s/ JOHN J. VELASQUEZ