UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. 21-CR-637-TSC |
| CORY RAY BRANNAN | § § | |

DEFENDANT'S MOTION TO MODIFY
CONDITIONS OF PRETRIAL RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant, Cory Brannan, by and through his attorney of record, hereby moves the Court for an Order Modifying the Defendant's Conditions of Pretrial Release. Specifically, the Defendant requests that the requirement to submit and report to the Pretrial Services Agency (PSA) in the Western District of Texas/Midland-Odessa Division (paragraphs 7(a) and 7(t) of the Order Setting Conditions of Release) be modified to have the Defendant submit and report to the PSA in the Western District of Texas. The Defendant requests that the specific Midland-Odessa Division reporting requirement be removed.

In support of his motion the Defendant states that he desires to move from the Midland-Odessa area to Lake Canyon, Texas. Lake Canyon, Texas is in the Western District of Texas, but it is quite a distance from Midland-Odessa, Texas.

It is the Defendant's understanding and belief that the PSA, Western District of Texas/Midland-Odessa Division and the PSA for the District of Columbia do not have an objection to said modification of the Defendant's Pretrial Release Conditions.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ JOHN J. VELASQUEZ
Assistant Federal Public Defender
Western District of Texas
200 East Wall St., Room 110
Midland, Texas 79701
Tel.: (830) 308-6040
Bar Number: Nebraska 18183

*Attorney for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2022, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to all attorneys of record.

April Ayers-Perez
Assistant United States Attorney
11204 McPherson Rd., Suite 100A
Laredo, Texas 78045


/s/ JOHN J. VELASQUEZ
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **V.** | § § | CAUSE NO. 21-CR-637-TSC |
| **CORY RAY BRANNAN** | § § | |

## ORDER

On this date came on to be considered the Defendant's Motion to Modify Conditions of Pretrial Release and the Court, having considered the motion and the premises therefore is of the opinion that it should be **GRANTED**.

It is therefore ORDERED that the conditions of release be amended to allow the defendant, Mr. Brannan to move from the Midland-Odessa Pretrial Services Agency to the Lake Canyon, Texas Pretrial Services Agency, and that the Defendant be allowed to the Pretrial Service Agency in the Western District of Texas. All other conditions of release shall remain in effect.

So Ordered on this the _____ day of _____, 2022.

_____
**TANYA S. CHUTKAN**
**UNITED STATES DISTRICT JUDGE**