UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| V. § § | Criminal Action No. 21-CR-637-TSC |
| CORY RAY BRANNAN § § | |

## ORDER

For good cause shown, Defendant Cory Ray Brannan's Motion to Modify Conditions of Release, ECF No. 19, is hereby GRANTED in that the terms of section 7(a) and 7(t) of the order setting conditions of release, ECF No. 8, are amended to require that Mr. Brannan submit to supervision by and report for supervision to the Western District of Texas (Austin) as directed, and shall verify his address with the same.

All other conditions of release shall remain in effect.

So Ordered on this the _15th_ day of _April_, 2022.

_Tanya S. Chutkan_
TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE