UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | § §  |
| V. | § § CAUSE NO. 21-CR-637-TSC |
| CORY RAY BRANNAN | § § § § |

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE HEARING

TO THE HONORABLE TANYA S. CHUTKAN, DISTRICT JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

COMES NOW Defendant, Cory Ray Brannan, by and through his attorney of record, John J. Velasquez, hereby requests a continuance of the Status Conference Hearing. Mr. Brannan shows this Honorable Court as follows.

I.

Mr. Brannan is scheduled to appear before this Court for a status conference hearing on Monday, May 9, 2022.

II.

Counsel is awaiting a proposed plea agreement from the United States Attorney Office. We are expecting to have it within next few days. Mr. Brannan waives his speedy trial rights to allow for this delay. Undersigned respectfully requests the hearing be reset.

CONCLUSION

This motion is not made for purposes of delay, but in the interests of justice.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable

Court enter an Order granting this Motion and continue the status conference hearing.

                                         Respectfully submitted.

                                         MAUREEN SCOTT FRANCO
                                         Federal Public Defender


                                         /S/ JOHN J. VELASQUEZ
                                         Assistant Federal Public Defender
                                         Western District of Texas
                                         200 East Wall St., Room 110
                                         Midland, Texas 79701
                                         Tel.: (830) 308-6040
                                         Bar Number: Nebraska 18183

                                         *Attorney for Defendant*

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with April Ayers-Perez, Assistant United States Attorney, concerning this motion and she is unopposed to the filing and granting of the same.

/s/ JOHN J. VELASQUEZ
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2022, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the attorney of record.

April Ayers-Perez
Assistant United States Attorney

/s/ JOHN J. VELASQUEZ
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **V.** | §   **CAUSE NO. 21-CR-637-TSC** |
| | § |
| **CORY RAY BRANNAN** | § |

## ORDER

On this date came on to be considered the Defendant's Motion for Continuance of Status Conference Hearing, and the Court having considered the premises, is of the opinion that the same should be and is hereby **GRANTED**.

**SO ORDERED** on this the _____ day of May 2022.

_____
**TANYA S. CHUTKAN**
**UNITED STATES DISTRICT JUDGE**